UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

* * * * * * * * * * * * * * * * * * * * * * * * * *
                                          *
In re: Rosemary Koravos         *      BK# 19-10970-BAH
                                          *      Chapter 7
            Debtor(s)               *
* * * * * * * * * * * * * * * * * * * * * * * * * *

### APPLICATION TO EMPLOY THE LAW OFFICE OF TIMOTHY P.SMITH AS SPECIAL COUNSEL TO THE TRUSTEE

NOW COMES, Timothy P. Smith ("Trustee") to request that this court enter an order authorizing him to retain The Law Office of Timothy P. Smith Esq as counsel to the Trustee. In support of this application the Trustee states the following:

1. This case was commenced by the filing of a voluntary petition under chapter 7 on July 15, 2019.

2. Timothy P. Smith is the duly appointed Chapter 7 Trustee.

3. Counsel will prepare all pleadings, appear at all hearings, prepare and review legal documents on behalf of the Trustee and provide general legal advice as needed.

4. Timothy P. Smith is a disinterested person (See attached affidavit)

5. Timothy P. Smith's normal hourly rate is $325.00 per hour.

WHEREFORE, the Trustee respectfully requests that this court enters an Order which:

A.   Approves the retention of Timothy P. Smith as Counsel to the Trustee.

B.   Grants such other relief as is fair and equitable.

Respectfully Submitted,

Dated: August 27, 2019		By:     /s/  Timothy P. Smith
					Timothy P. Smith, Esq.
					102 Middle Street
					 Manchester, NH  03101
					 603-623-0036